IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOAO CABRAL
*Plaintiff*

v.

LOWE'S HOME CENTERS, LLC, and
RUST-OLEUM SALES COMPANY, INC.
*Defendants*

C.A. NO.: 1:21-cv-00078-JJM-PAS

# ORDER GRANTING JOINT MOTION TO REMAND

ON THIS DAY came on for consideration Plaintiff Joao Cabral, Defendant Lowe's Home Centers, LLC, and Defendant Rust-Oleum Sales Company, Inc.'s Joint Motion to Remand. The Court finds that the Motion has merit and should be granted.

It is therefore ORDERED that the parties' Joint Motion to Remand is GRANTED and that this case is REMANDED to Cause No. PC-2020-07057 in the State of Rhode Island Superior Court.

SIGNED this  10th  day of  March , 2021.

_____
JUDGE PRESIDING